7/7/26, 7:10 PM                    2017SC001689 Case Details in La Crosse County

# La Crosse County Case Number 2017SC001689 Cindy & Paul Solis vs Timothy & Tammy Hass

## Case summary

| | | |
|---|---|---|
| **Filing date** | **Case type** | **Case status** |
| 09-14-2017 | Small Claims | Closed - Electronic filing |
| **Class code description** | **Responsible official** | **Branch ID** |
| Sm Claim, Claim Under $ Limit | Doyle, Gloria L. | 5 |



EXHIBIT
1

## Party summary

| Party type | Party name | Party status |
|---|---|---|
| Plaintiff | SOLIS, CINDY AND PAUL | |
| Defendant | HASS, Timothy A. | |
| Garnishee | City Brewing Company, LLC | |
| Defendant | Hass, Tammy | |

## Civil Judgment(s)

| Type | Debtor name | Multiple debtors | Amount | Satisfaction | Judgment status | Date |
|---|---|---|---|---|---|---|
| Judgment for money | HASS, Timothy A. | No | $6,392.87 | No | | |

---

## Parties

### Plaintiff: SOLIS, CINDY AND PAUL

| Date of birth | Sex | Race |
|---|---|---|
| | | |

**Address (last updated 09-14-2017)**
3200 SOUTH 28TH STREET, LA CROSSE, La Crosse, WI 54601 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Pierce, David, Jr. | No | 09-14-2017 |

**Defendant: HASS, Timothy A.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 09-14-2017)**
3012 WILLOW DRIVE, La Crosse, WI 54601 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered | Withdrawn |
|---|---|---|---|
| Cueto, Bernardo | No | 10-13-2017 | 01-24-2018 |

**Also known as**

| Name | Type | Date of birth |
|---|---|---|
| HASS, TIMOTHY AND TAMMY A. | Previously known as | |

**Garnishee: City Brewing Company, LLC**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 07-02-2018)**
925 Third Street S., La Crosse, WI 54601

**Defendant: Hass, Tammy**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 04-02-2019)**
3012 Willow Dr, La Crosse, WI 54601

---

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 04-02-2019 | eFiled Document Fee Paid | | | $92.50 |

**Additional text:**

Adjustment Number: 19A 004906, Payable Number: 163584, Receipt Number: 19R 005850, Amount: $92.50

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 04-02-2019 | eFiled Document Fee Paid | | | $20.00 |

**Additional text:**

Adjustment Number: 19A 004905, Payable Number: 163584, Receipt Number: 19R 005850, Amount: $20.00

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 04-02-2019 | Earnings garnishment notice | | | |

**Additional text:**

Rec'd Earnings garnishment notice.  Filed by David Pierce

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-29-2018 | eFiled Document Fee Paid | | | $92.50 |

**Additional text:**

Adjustment Number: 18A 009171, Payable Number: 155421, Receipt Number: 18R 011764, Amount: $92.50

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-29-2018 | eFiled Document Fee Paid | | | $20.00 |

**Additional text:**

Adjustment Number: 18A 009170, Payable Number: 155421, Receipt Number: 18R 011764, Amount: $20.00

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-29-2018 | Earnings garnishment notice | | | |

**Additional text:**

Rec'd Earnings garnishment notice.  Filed by Pierce

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-08-2018 | Order for financial disclosure | Doyle, Gloria L. | | |
| 06-08-2018 | Notice of entry of judgment | Doyle, Gloria L. | | |
| 06-08-2018 | Order | Doyle, Gloria L. | | |

**Additional text:**

added on to judgment and remaimed Notice of Judgment with new attorney fees and financial disclosure

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-08-2018 | Docket fee paid | | | $5.00 |

**Additional text:**

Adjustment Number: 18A 008157, Payable Number: 154794, Receipt Number: 18R 010454, Amount: $5.00

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 06-07-2018 | Proposed Order | | | |
| 06-07-2018 | Affidavit | | | |

**Additional text:**

Affidavit of Attorneys' Fees

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 04-25-2018 | Order for financial disclosure | Doyle, Gloria L. | | |
| 04-25-2018 | Notice of entry of judgment | Doyle, Gloria L. | | |
| 04-25-2018 | Default judgment | Doyle, Gloria L. | | |
| 04-25-2018 | Judgment | Doyle, Gloria L. | | |
| 04-25-2018 | Judgment | Doyle, Gloria L. | | |
| 04-25-2018 | Order | Doyle, Gloria L. | | |
| 04-24-2018 | Proposed Order | | | |
| 04-17-2018 | Exhibit | | | |

2017SC001689 Case Details in La Crosse County

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Exhibit #7 | | | |
| 04-17-2018 | Exhibit | | | |
| | **Additional text:** | | | |
| | Exhibit #6 | | | |
| 04-17-2018 | Exhibit | | | |
| | **Additional text:** | | | |
| | Exhibit #5 | | | |
| 04-17-2018 | Exhibit | | | |
| | **Additional text:** | | | |
| | Exhibit #4 | | | |
| 04-17-2018 | Exhibit | | | |
| | **Additional text:** | | | |
| | Exhibit #3 | | | |
| 04-17-2018 | Exhibit | | | |
| | **Additional text:** | | | |
| | Exhibit #2 | | | |
| 04-17-2018 | Exhibit | | | |
| | **Additional text:** | | | |
| | Exhibit #1 | | | |
| 04-17-2018 | Exhibit list | | | |
| 04-17-2018 | Court trial | Doyle, Gloria L. | Hunter, Trinia | |
| 01-25-2018 | Motion and order for withdrawal of counsel | Doyle, Gloria L. | | |
| 01-19-2018 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Court trial on April 17, 2018 at 01:30 pm. | | | |
| 01-16-2018 | Answer | | | |
| 12-14-2017 | Notice of hearing | | | |
| | **Additional text:** | | | |
| | Court trial on February 22, 2018 at 01:30 pm. | | | |
| 11-01-2017 | Notice of hearing | | | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Court trial on January 8, 2018 at 01:30 pm.

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-16-2017 | Notice of hearing | | | |

**Additional text:**

Court trial on November 17, 2017 at 02:00 pm.

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-16-2017 | Answer | | | |
| 10-16-2017 | Answer | | | |
| 10-13-2017 | Return date | Doyle, Gloria L. | | |

**Additional text:**

Attorney Gingrasso in court for Plaintiff CINDY AND PAUL SOLIS. Attorney Bernardo Cueto in court for Defendant TIMOTHY AND TAMMY A. HASS.

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-13-2017 | Electronic Notice Update | | | |
| 10-12-2017 | eFiled Document Fee Paid | | | $20.00 |

**Additional text:**

Adjustment Number: 17A 013122, Payable Number: 148116, Receipt Number: 17R 018624, Amount: $20.00

| | | | | |
|------|-------|----------------|----------------|--------|
| 10-12-2017 | Notice of retainer | | | |
| 10-05-2017 | Declaration of nonmilitary service | | | |
| 10-05-2017 | Declaration of nonmilitary service | | | |
| 09-29-2017 | Letters/correspondence | | | |

**Additional text:**

from atty

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-14-2017 | Filing fee paid | | | $114.50 |

**Additional text:**

Adjustment Number: 17A 011956, Payable Number: 147361, Receipt Number: 17R 016893, Amount: $114.50

| | | | | |
|------|-------|----------------|----------------|--------|
| 09-14-2017 | Case initiated by electronic filing | | | |
| 09-14-2017 | Summons and complaint | | | |

---

### Civil judgment details

**Judgment for money**

| **County**<br>La Crosse | **Case number**<br>2017SC001689 | **Caption**<br>Cindy & Paul Solis vs Timothy &<br>Tammy Hass |
| --- | --- | --- |
| **Judgment/lien date**<br>04-25-2018 | **Total amount**<br>$6,392.87 | **Type of tax** |
| **Warrant number** | **Date and time docketed**<br>06-08-2018 at 08:19 am | **Service/event date** |
| **Satisfaction**<br>No | **Judgment status** | **Date** |
| **Judgment expiration date**<br>04-25-2038 | **Lien expiration date**<br>06-08-2028 | |
| **Property/remarks** | | |

**Judgment parties**

| Party type | Name | Dismissed | Status | Address | Attorney name |
| --- | --- | --- | --- | --- | --- |
| Debtor | Timothy A. HASS | No | Active | 3012 WILLOW DRIVE, La Crosse, WI 54601 US | |
| Creditor | CINDY AND PAUL SOLIS | No | Active | 3200 SOUTH 28TH STREET, LA CROSSE, La Crosse, WI 54601 US | Pierce, David, Jr. |

**Costs / amounts**

| Description | Amount |
| --- | --- |
| Judgment amount | $2,390.87 |
| Service | $4.00 |
| Small claims filing fee | $114.50 |
| Docketing fee | $5.00 |
| Attorney fee | $3,878.50 |

| Debtor 1 | Tammy A Hass | | | | Case number (if known) | |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **River Bank**<br>Post Office Box 280<br>Stoddard, WI 54658-0280 | Last 90 days | $1,485.00 | $98,000.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Santander Consumer USA Inc**<br>PO Box 560284<br>Dallas, TX 75356 | Last 90 days | $2,001.00 | $29,000.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Achilles Finance Llc vs TAMMY HASS**<br>20SC000960 | GARNISHMENT | LA CROSSE CIRCUIT COURT - LA CROSSE | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>- 1,966.00 |
| **Achilles Finance Llc vs TAMMY HASS**<br>20SC000960 | SMALL CLAIMS JUDGMENT | LA CROSSE CIRCUIT COURT - LA CROSSE | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>- 1,966.00 |