Case 1-22-10843-cjf    Doc 1    Filed 05/24/22    Entered 05/24/22 09:27:59    Desc Main
Document    Page 44 of 58

Debtor 1    **Tammy A Hass**                                                    Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Midland Credit Management Inc vs TAMMY HASS**<br>**20SC000517** | **GARNISHMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 2,053.00** |
| **Midland Credit Management Inc vs TAMMY HASS**<br>**20SC000517** | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 2,053.00** |
| **Capital One Bank Usa N A vs TAMMY HASS**<br>**19SC001197** | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 2,111.00** |
| **Great River Orthodontics vs TAMMY HASS, TIMOTHY HASS**<br>**19SC000476** | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 5,316.00** |
| **Lvnv Funding Llc vs TAMMY HASS**<br>**19SC000409** | **GARNISHMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 679.00** |
| **Cindy And Paul Solis vs TAMMY HASS, TIMOTHY HASS**<br>**17SC001689** | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 0.00** |
| **Jerome O Shepard vs TAMMY HASS, TIMOTHY HASS**<br>**16SC000022** | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pen<br>☐ On<br>☐ Co<br><br>**- 10,0** |
| **Achilles Finance Llc vs TAMMY HASS**<br>**20SC000960** | **GARNISHMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 1,966.00** |
| **Achilles Finance Llc vs TAMMY HASS**<br>**20SC000960** | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 1,966.00** |

**EXHIBIT 2**

| Debtor 1 | **Tammy A Hass** | | Case number (*if known*) | |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Midland Credit Management Inc vs TAMMY HASS**<br>20SC000517 | **GARNISHMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 2,053.00** |
| **Midland Credit Management Inc vs TAMMY HASS**<br>20SC000517 | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 2,053.00** |
| **Capital One Bank Usa N A vs TAMMY HASS**<br>19SC001197 | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 2,111.00** |
| **Great River Orthodontics vs TAMMY HASS, TIMOTHY HASS**<br>19SC000476 | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 5,316.00** |
| **Lvnv Funding Llc vs TAMMY HASS**<br>19SC000409 | **GARNISHMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 679.00** |
| **Cindy And Paul Solis vs TAMMY HASS, TIMOTHY HASS**<br>17SC001689 | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 0.00** |
| **Jerome O Shepard vs TAMMY HASS, TIMOTHY HASS**<br>16SC000022 | **SMALL CLAIMS JUDGMENT** | **LA CROSSE CIRCUIT COURT - LA CROSSE** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**- 10,000.00** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|