Form summons

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:

Tammy A Hass

       Debtor(s).

_____

Case Number: 1–22–10843–cjf

**Adversary Case Number: 1–26–00056–cjf**

Paul Solis and Cindy Leuck

       Plaintiff(s),

v.

Tammy A Hass

       Defendant(s).

_____

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | U.S. Bankruptcy Court<br>U.S. Federal Courthouse<br>120 N. Henry Street<br>Madison, WI 53703<br><br>Mailing address:<br>U.S. Federal Courthouse<br>120 N. Henry Street, Room 340<br>Madison, WI 53703–2559 |
| --- | --- |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney (or plaintiff if not represented by counsel).

Name and Address of plaintiff's Attorney (or plaintiff if not represented by counsel):

| Name and Address of Plaintiff's Attorney:<br><br>Paul Solis<br>N3819 County Road J<br>Rockland, WI 54653 |
| --- |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| **The Pretrial Conference will be conducted by telephone. Please call the Court conference line at 1–855–244–8681, meeting number 23166492589 for the Pretrial Conference.** | **Date and Time** <br> September 22, 2026 <br> 01:50 PM |
| --- | --- |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

John G Kohler, Clerk

U.S. Bankruptcy Court

BY: /s/ E. Tabers
    Deputy Clerk



**Date of Issuance:  July 16, 2026**